UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-cv-04197-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.40 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF MIAMI-DADE,
STATE OF FLORIDA; *and* UNKNOWN
OWNERS,

    Defendants.
_____/

## ORDER ON APPLICATION FOR WITHDRAWAL OF UNCLAIMED FUNDS

**THIS CAUSE** is before the Court upon Applicant Maria Ayala f/k/a Maria Medina's ("Applicant") Application for Withdrawal of Funds, ECF No. [64] ("Application"), filed on September 1, 2023.[1] The Government filed a Notice of Non-Objection to the Application. ECF No. [65] at 2. The Court has reviewed the Application, the record in this case, and is fully advised.

On November 3, 2000, the Government filed a Complaint in Condemnation against the property Tract 141-16 (Tallahassee Meridian, Section 19, Township 54 South, Range 38 East, W 200 feet of E 1025 feet or N1/2 of S1/2 of NW1/4 of NW1/4, less the N 25 feet thereof containing 1.40 acres, more or less). ECF No. [1] at 4. On February 4, 2005, Chief United States District Judge William J. Zloch entered a Judgment Determining Just Compensation and Order for Disbursement of Funds, ECF No. [62] ("Judgment"). The docket sheet in this action states that the Judgment is "for Maria A. Medina against the United States for amount of $800," *id.*, and the

---

[1] The Clerk of Court reassigned the above-styled action to this Court on September 11, 2023. ECF No. [66].

Case No. 00-cv-04197-BLOOM

Judgment states that Defendant "Medina" is entitled to $800.00 in just compensation ("Funds"). ECF No. [62] at 4.

The Government represents that Applicant contacted the United States to inquire how to withdraw the Funds and the Government provided the Applicant with an Application for Withdrawal of Funds. ECF No. [65] at 1-2. The Government takes no position as to the Applicant's entitlement to the funds and has no objection to the application. *Id.* at 2.

On September 1, 2023, Applicant filed the Application. Applicant therein avers that she "has the exclusive right to the balance of the compensation herein after payment of taxes plus the interest earned on said balance and that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement." ECF No. [64] at 1. Attached to the Application is a Marriage Record for Claudio NMN Medina and Maria de los Angeles Ayala, ECF No. [64] at 3; and an Amended Final Judgment of Dissolution of Marriage No Dependent or Minor Child(ren) (Uncontested), stating that "Petitioner's Name is restored to her maiden name of Maria A. Ayala," *id.* at 5. Moreover, the Application contains Applicant's sensitive financial information.

28 U.S.C. § 2042 provides:

No money deposited under section 2041 of this title shall be withdrawn except by order of court.

In every case in which the right to withdraw money deposited in court under section 2041 has been adjudicated or is not in dispute and such money has remained so deposited for at least five years unclaimed by the person entitled thereto, such court shall cause such money to be deposited in the Treasury in the name and to the credit of the United States. Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him.

The Court finds that Applicant is entitled to the Funds. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Application for Withdrawal of Funds, **ECF No. [64]**, is **GRANTED**.

Case No. 00-cv-04197-BLOOM

2. The Clerk of Court is directed to disburse, within fourteen (14) days from entry of this Order, payment of $800.00, together with any interest accrued thereon, now held as unclaimed funds in the treasury to Applicant Maria Ayala, f/k/a Maria Medina.

3. Because the Application contains personal identifiable information, the Clerk of Court is directed to **SEAL** ECF No. [64].

**DONE AND ORDERED** in Chambers at Miami, Florida on September 12, 2023.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Maria Ayala
P.O. Box 44-3032
Miami, FL 33144